IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                          15-CR-148-A

ARAFAT NAGI,

               Defendant.

---

**GOVERNMENT'S CLASSIFIED <u>IN CAMERA</u>, <u>EX PARTE</u> MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**