# Exhibit A

**Christopher J. Decker**
Page 1 of 4



# Christopher J. Decker
**IT Specialist – Forensic Examiner**
Buffalo Division
Federal Bureau of Investigation
Western New York Regional Computer Forensics Laboratory
45 Elm Street
Buffalo, NY 14203
Phone: 716-362-8604

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Dec 2011 – Present | **IT Specialist – Forensic Examiner**<br>Federal Bureau of Investigation<br>One FBI Plaza<br>Buffalo, NY 14202 |

- Conducts forensic examinations and analysis of digital evidence.
- Ensures the original evidence is not altered or destroyed while in incumbent's custody.
- Duplicates evidence for further forensic examination.
- Examines digital media and other evidence per legal authority and case agents request.
- Determines equipment compatibility and the need for additional hardware, software, programs, modifications, etc.
- Retrieves data from custom, modified or damaged software / hardware when possible.

| | |
|---|---|
| August 2010 – Dec 2011 | **Task Force Officer / Forensic Examiner**<br>Western New York Regional Computer Forensics Laboratory<br>45 Elm Street<br>Buffalo, NY 14203 |

- In addition to the duties of Deputy Sheriff, in August 2010 I was assigned to the Erie County Sheriff's Office Computer Crimes Unit, as a Task Force Officer at the Western New York Regional Computer Forensics Laboratory.
- As a Task Force Officer / Forensic Examiner in a Regional Computer Forensics Laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical / peer and administrative reviews, and adherence to standard operating procedures.
- Conducts forensic examinations on computer evidence, carries out research and development activities, perform search and seizure operations, and provide instruction to new field examiners.  Certified to perform forensic examinations on Windows and Macintosh based systems.

| | |
|---|---|
| Aug 2008 – Dec 2011 | **Deputy Sheriff**<br>Erie County Sheriff's Office<br>Police Services Division – Road Patrol<br>10 Delaware Ave.<br>Buffalo, NY 14202 |

- Perform law enforcement and crime prevention activities, including the protection of life and property, and the enforcement of laws and ordinances.
- Execute the mandates of the Courts, both Civil and Criminal, by serving, processing and executing various types of legal processes.

| | |
|---|---|
| Aug 2006 – Aug 2008 | **Deputy Sheriff**<br>Wayne County Sheriff's Office<br>Police Services Division - Road Patrol<br>7376 State Route 31<br>Lyons, NY 14489 |

- Responded to numerous dispatched calls, and citizens' requests for police service. Enforced the laws of New York State, including the Penal Law, Vehicle and Traffic Law, and Criminal Procedure Law.
- Member of the departments Accident Investigation Unit.  Conducted on-scene investigations and reconstructions of fatal, serious personal injury, and departmental motor vehicle accidents.

| | |
|---|---|
| March 2003 – Dec 2011 | **Owner / CEO**<br>Christopher J. Decker Enterprises |

- Founder of a small business that encompasses web design, web hosting, networking and network installations, computer & PC repair & IT Services.
- Monitor daily functions of the web server.
- Complete sales calls to establish customer base
- Perform company accounting functions.

| | |
|---|---|
| Dec 1999 – August 2006 | **Senior System Administrator**<br>Finger Lakes Conveyors, Inc.<br>Waterloo, NY 13165 |

- Develop and implement complete network infrastructure from the ground up, including CAT5 & CAT5e wiring, telephone wiring, router placement, setup and programming, wireless access point installations and configurations, and phone system installation and programming.
- Create and maintain interactive web content, including complete design of the companies' website from scratch, performing continuous updates and yearly re-builds to account for new products and services offered.
- Supervisor of the engineering department, conducting performance evaluations of Design Engineers and CAD Operators.
- Fluent in Solidworks 2007 and AutoCAD 2005+.
- Train, schedule and supervise all shop, shipping / receiving, and engineering personnel.
- Responsible for directing all internal office administration activities including Accounts Payable and Receivable, Order Entry processing and up to date job scheduling activities.

## EDUCATION

| | |
|---|---|
| August 2006 – Feb 2007 | **Monroe Community College** <br> NYS 6 Month Basic Police Officer Certification issued by DCJS <br> Physical Fitness Award <br> 49 Credit Hours / GPA 3.99 |
| August 1998 – May 2002 | **Oswego State University** <br> Bachelor's Degree in Information Science <br> Minor in Computer Science <br> 125 Credit Hours / GPA 3.0 |

## PROFESSIONAL TRAINING

| | |
|---|---|
| August 2017 | Digital Imaging and Video Retrieval Team (DIVRT), Buffalo, NY (3 Days) |
| June 2016 | BlackBag Essentials Forensics Techniques I, Buffalo, NY (3 Days) |
| January 2015 | EnCase Forensics Certification Refresher, Buffalo, NY (3 Days) |
| April 2014 | X-Ways Forensics Certification Refresher, Buffalo, NY (3 Days) |
| July 2013 | Presentation Skills Course (PSC), Buffalo, NY (3 Days) |
| December 2012 | Sumuri Macintosh Forensics, SVRCFL, Menlo Park, CA (3 days) |
| September 2012 | Encase Computer Forensics II, Buffalo, NY (5 days) |
| August 2012 | Network + Preparation Course, Buffalo, NY (5 days) |
| February 2012 | CART Moot Court, Orange County, CA (4 days) |
| September 2011 | Incident Command System I-300 Course; Buffalo, NY (3 Days) |
| August 2011 | X-Ways Forensics; Buffalo, NY (5 Days) |
| May 2011 | CART Practical's; Stafford, VA (5 Days) |
| January 2011 | Access Data Internet Forensics; AccessData, PHRCFL, Philadelphia, PA (3 Days) |
| December 2011 | CART 101; Stafford, VA (4 Days) |
| November 2010 | AccessData Windows Forensics; AccessData, HARCFL, Kansas City, MO (3 Days) |
| September 2010 | AccessData Boot Camp; AccessData, IWRCFL, Salt Lake City, UT (3 Days) |
| August 2010 | Cyber-Investigation 101; National White Collar Crime Center, Buffalo, NY (3 Days) |

| | |
|---|---|
| September 2009 | Motor Vehicle Collision Investigation Advanced Course; Erie Community College, Buffalo, NY (10 Days) |
| March 2008 | Motor Vehicle Collision Investigation On-Scene Course (10 Days); Onondaga Community College, Syracuse, NY (10 Days) |
| June 2007 | Radar / Lidar Operator Course; Finger Lakes Law Enforcement Academy: Canandaigua, NY (5 Days) |

## CERTIFICATIONS

| | |
|---|---|
| August 2017 | Digital Imaging and Video Retrieval Team (DIVRT) Certification |
| June 2016 | BlackBag Essential Forensic Techniques I Certification |
| February 2013 | CART Macintosh Certification |
| December 2012 | CompTIA Net+ Certification |
| September 2012 | EnCase Forensics Certification |
| September 2011 | US Department of Homeland Security Incident Command System I-300 Certification |
| August 2011 | X-Ways Software Technology Forensic Examiner Certification |
| June 2011 | US Department of Homeland Security Incident Command System IS-100, IS-200, IS-700, IS-800 Certifications |
| December 2010 | AccessData Certified Examiner (ACE) Certification |
| December 2010 | CompTIA A+ Certification |
| June 2007 | New York State Division of Criminal Justice Services (DCJS) RADAR / LIDAR Operator Certification |
| June 2007 | New York State Division of Criminal Justice Services (DCJS) Police Officer Certification |