# Exhibit B

*Scott D. Romus*
*Page 1 of 4*



## Scott D. Romus
Federal Bureau of Investigation
Special Agent – Forensic Examiner
Buffalo Division
Western New York Regional Computer Forensics Laboratory
45 Elm Street; 4th Floor
Buffalo, NY 14203
Telephone: 716-362-8610

## PROFESSIONAL EXPERIENCE

January 2001 – present    **Special Agent**
Federal Bureau of Investigation

- Investigate a wide range of criminal programs to include: cyber crime, violent crime, and white collar.
- Execute arrest and search warrants.
- Training Agent for new Special Agents.
- Work closely with other Federal, State, and Local Law Enforcement Agencies.

February 2008 – Present    **Forensic Examiner**
Federal Bureau of Investigation

- Responsible for the examination of digital media, both in a lab setting and in the field, such that it may be presented as admissible evidence in a court of law.
- Train state, local and federal law enforcement proper search and seizure protocols regarding digital evidence.
- Testify in local, state and federal courts for trial.

April 2000 – Present    **Evidence Response Team (ERT)**
Federal Bureau of Investigation

- Team Leader from 2005 – 2008 and Interim Senior Team Leader 2009 and 2013.
- Employ a team system of crime scene management, evidence recognition and proper collection techniques when processing crime scenes.
- Assist FBI Case Agents, other FBI Offices, and other Federal, State, and Local Law Enforcement Agencies in the detection, collection, and preservation of evidence related to their investigations.
- Gather evidence from a crime in a competent and systematic manner, which is justifiable in a court of law.
- Instruct Law Enforcement on the proper search and seizure techniques.

*Scott D. Romus*
*Page 2 of 4*

| | |
|---|---|
| March 1997 – January 2001 | **Computer Specialist**<br>Federal Bureau of Investigation |

- Managed Novell and Windows NT networks.
- Installed and assembled network servers and personal computers.
- Installed hardware and software.
- Responsible for maintaining server backups and troubleshoot system malfunctions.
- Trained and supported end users both Agent and Professional Support
- Designed, programmed and maintained database applications.

| | |
|---|---|
| March 1992 – March 1997 | **Computer Specialist / Network Administrator**<br>Certo Brothers Distributing<br>Buffalo, New York |

- Managed Novell networks in a Wide Area Network (WAN) environment.
- Installed and assembled network servers and personal computers.
- Installed hardware and software.
- Responsible for maintaining server backups and all computer equipment purchases.
- Troubleshoot system malfunctions, trained and supported end users.
- Designed, programmed and maintained database applications.

| | |
|---|---|
| August 1991 – March 1992 | **Loan Operations Specialist / Network Administrator**<br>Marine Midland Bank, N.A.<br>Buffalo, New York |

- Managed Novell networks.
- Installed hardware and software
- Programmed and maintained a banking foreign tax system
- Diagnosed and corrected system malfunctions as they arose.

| | |
|---|---|
| December 1987 –<br>August 1991 | **Operations Clerk**<br>Empire of America Savings Bank, N.A.<br>Williamsville, New York |

- Maintained system backups.
- Setup personal computers.
- Installed hardware and software.
- Reconciled G/L accounts and processed installment loans.

**EDUCATION**

| | |
|---|---|
| January 1990 – May 1994 | University of Buffalo<br>Buffalo, NY<br>Bachelor Degree - Management Information Systems |

| | |
|---|---|
| September 1987 – December 1989 | Erie Community College<br>Williamsville, NY<br>Associates Degree – Computer Science |

**CERTIFICATIONS**

| | |
|---|---|
| August 2017 | JTAG / ISP Mobile Device - Certification |
| August 2017 | Digital Imaging & Video Retrieval Team (DIVRT) - Certification |
| June 2017 | Cellebrite Certified Operator |
| June 2017 | Cellebrite Certified Physical Analyst |
| June 2016 | Blackbag Essential Forensics Techniques I - Certification |
| January 2015 | EnCase Computer Forensics Certification refresher |
| April 2014 | X-Ways Forensics Certification refresher |
| July 2013 | Certified Federal Bureau of Investigation Computer Analysis Response Team (CART) Cell Phone / Global Positioning System (GPS) Examiner refresher |
| November 2012 | AccessData – AD Lab and Advanced Topics |
| September 2012 | EnCase Computer Forensics II Certification |
| April 2012 | AccessData Certified Examiner (ACE) re-certification |
| January 2012 | Certified Federal Bureau of Investigation CART GPS Examiner |
| August 2011 | X-Ways Forensics Certification |
| July 2011 | Certified Federal Bureau of Investigation CART Apple Mac Forensic Examiner |
| May 2011 | Certified Federal Bureau of Investigation CART Digital Camera Forensic Examiner |
| February 2010 | AccessData Certified Examiner (ACE) |
| May 2009 | Certified Electronic Evidence Collection Specialist (CEECS) – by the International Association of Computer Investigative Specialists (IACIS) |
| March 2009 | Certified Federal Bureau of Investigation CART Cell Phone / PDA Examiner |
| March 2008 | Certified Federal Bureau of Investigation Instructor |

*Scott D. Romus*
*Page 4 of 4*

| | |
|---|---|
| February 2008 | Certified Federal Bureau of Investigation CART Forensic Examiner |
| November 2005 | Network + Certification – CompTIA |
| November 2005 | A+ Certification – CompTIA |
| February 1998 | Certified CART Computer Search and Seizure |
| May 1997 | Certified Novell Administrator (CNA), Novell Education |