# EXHIBIT C

Case 1:15-cr-00148-RJA-HBS   Document 76-3   Filed 01/04/18   Page 1 of 16

# Aaron Y. Zelin

Cambridge, MA 02140

**EDUCATION**

| | |
|---|---|
| 2017 | PhD, King's College London, Department of War Studies |
| 2015 | MPhil, King's College London, Department of War Studies |
| 2010 | MA (High Honors), Brandeis University, Department of Islamic and Middle Eastern Studies |
| 2008 | BA, Indiana University-Bloomington, Department of Political Science and Department of Near Eastern Languages and Cultures |

**FELLOWSHIPS**

| | |
|---|---|
| 2012- | Richard Borow Fellow, Washington Institute for Near East Policy |
| 2013-2015 | Rena and Sami David Fellow, International Centre for the Study of Radicalisation, Department of War Studies, King's College London |
| 2008-2010 | Graduate Fellowship, Department of Islamic and Middle Eastern Studies, Brandeis University |

**OTHER WORK**

| | |
|---|---|
| 2012- | Consultant, Dr. Jytte Klausen's Western Jihadism Project, Department of Politics, Brandeis University |
| 2010- | Founder and Editor, Jihadology.net |
| 2011-2012 | Lecturer, United States Military Academy, Counterterrorism Practitioner Education Program (CTC) |
| 2010-2012 | Research Associate, Dr. Jytte Klausen's Western Jihadism Project, Department of Politics, Brandeis University |

**LANGUAGES AND NON-DEGREE EDUCATION**

English (Native), Arabic (Advanced), Hebrew (Advanced), French (Basic)

| | |
|---|---|
| 2011 | Middlebury College, Sunderland Language Center, Modern Standard Arabic and Egyptian Colloquial Arabic |
| 2010 | American Language Institute in Fez, Modern Standard Arabic and Advanced Readings in Islamic Texts |
| 2009 | American University in Cairo, Arabic Language Institute, Modern Standard Arabic and Media Arabic |
| 2007 | American University, Washington Semester Program, Foreign Policy and International Affairs |

**HONORS AND GRANTS**
| | |
|---|---|
| 2017 | Nominated, King's College London Graduate School Prize for Outstanding PhD Thesis |
| 2014 | Gingko Library Scholar |
| 2014 | United States Department of Justice Grant (Dr. Jytte Klausen) |
| 2013-2015 | Canada Border Services Agency, Public Safety Kanishka Project Grant (ICSR) |
| 2011 | Brandeis University, Dean's Grant (Dr. Jytte Klausen) |
| 2010-2012 | United Kingdom Home Office Grant (Dr. Jytte Klausen) |
| 2008 | Pi Sigma Alpha: Political Science Honors Fraternity |
| 2007 | American University, Dean's Scholarship |
| 2006-2008 | Indiana University-Bloomington, Faculty Award Scholarship |
| 2004-2008 | Indiana University-Bloomington, Teacher's Scholarship |

**SERVICE TO THE FIELD**
| | |
|---|---|
| 2017- | Peer-reviewer, *Media, War & Conflict* |
| 2017- | Peer-reviewer, *Journal of Muslims in Europe* |
| 2017- | Board of Advisors, *Journal for Deradicalization* |
| 2017- | Associate Editor, *Perspectives on Terrorism* |
| 2016- | Peer-reviewer, *Dynamics of Asymmetric Conflict* |
| 2015- | Book manuscript reviewer, Pluto Press |
| 2015- | Advisory Committee, Center for Analysis of Terrorism |
| 2014- | Peer-reviewer, *Critical Studies on Terrorism* |
| 2013- | Peer-reviewer, *Terrorism and Political Violence* |
| 2017 | Peer-reviewer, *Journal for Deradicalization* |
| 2012-2016 | Peer-reviewer, *Perspectives on Terrorism* |

**FIELD RESEARCH**
Tunisia (2012, 2013), Lebanon (2013), Israel (2013, 2014, 2015, 2016, 2017), Belgium (2013, 2014), Spain (2013), France (2014), Germany (2014), Singapore (2014), Japan (2014), China (2014), New Zealand (2014), Australia (2014)

**PUBLICATIONS**

**Books**
Forthcoming    *Your Sons Are At Your Service: Tunisia's Missionaries of Jihad* (Submitted to Columbia University Press)

**Edited Volumes**
2017    "How al-Qaeda Survived Drones, Uprisings, and the Islamic State," Policy Focus 153, *Washington Institute for Near East Policy*, June 2017.

**Book Chapters**
2016    "The Role of Tunisians", in ed. Katherine Bauer, *Beyond Syria and Iraq: Examining*

|      |      |
|------|------|
|      | *Islamic State Provinces*, Washington Institute for Near East Policy, Policy Focus 149, November 2016. |
| 2016 | "Foreign Fighter Motivations," in ed. Matthew Levitt, *The Rise of ISIL: Counterterrorism Lectures 2015*, Counterterrorism Lecture Series, Volume 7, Policy Focus 148, August 2016. |
| 2016 | "Jihadism in Lebanon Since 2011," in ed. Maximilian Felsch and Martin Wählisch, *Lebanon and the Arab Uprisings: In the Eye of the Hurric*ane, Routledge. |
| 2016 | "How Western States Other than EU Countries Are Responding to Foreign Fighters? A Glance at USA, Canada, Australia, and New Zealand," in ed. Andrea de Guttry, Francesca Capone and Christophe Paulussen, *Foreign Fighters Under International Law and Beyond*, Springer Verlag [With Jonathan Prohov]. |
| 2016 | "Filtering Meta-Narratives: From Global to Local," in *Countering Daesh Propaganda: Action-Oriented Research for Practical Policy Outcomes*, The Carter Center, February 2016. |
| 2015 | "From the Archduke to the Caliph: The Islamist Evolution that Led to the 'Islamic State'," in ed. Aran Byrn, *The First World War and its Aftermath: The Shaping of the Middle East*, Gingko Library Press. |
| 2014 | "Libya," *World Almanac of Islamism 2014*, American Foreign Policy Council. |
| 2014 | "Ansar al-Sharia in Libya and Tunisia: Between Da'wa and Jihad," in ed. Behnam Said and Hazim Fouad, *Salafism*, Herdeer Publishing House. |
| 2013 | "Libya," *World Almanac of Islamism 2013*, American Foreign Policy Council. |
| 2013 | "Jihadist Reactions in the Event of an Israeli War with Hezbollah or Assad", in *No Good Outcome: How Israel Could Be Drawn into the Syrian Conflict*, Washington Institute for Near East Policy, Policy Focus 131, November 2013. |
| 2012 | "Ennahda's Tight Rope Act on Religion," in ed. Marc Lynch, *Islamists in a Changing Middle East*, Project on Middle East Political Science (e-book). |
| 2012 | "The History of the American Network of Jihadism Advocates," *Combatting Terrorism Center at West Point (United States Military Academy)*. For internal use not made public. |

**Academic Publications**

|      |      |
|------|------|
| 2017 | "Your Sons Are At Your Service: Tunisia's Missionaries of Jihad," Ph.D. Dissertation, King's College London, December 1, 2017. |
| 2015 | "Picture Or It Didn't Happen: A Snapshot of the Islamic State's Official Media Output," *Perspectives on Terrorism*, Volume 9, Issue 4, August 2015. |
| 2015 | "The Rise and Decline of Ansar al-Sharia in Libya," *Current Trends in Islamist Ideology*, Volume 18, May 2015. |
| 2013 | "Libya Beyond Benghazi," *The Journal of International Security Affairs*, Fall/Winter 2013. |
| 2012 | "Revisiting the Intellectual Contribution of Muhammad 'Abd al-Salam Farag to Jihadi Ideology," *International Journal of Arab Studies*, Volume 3 Number 2, July 2012. |
| 2012 | "The YouTube Jihadists: A Social Network Analysis of Al-Muhajiroun's |

|  |  |
|---|---|
|  | Propaganda Campaign," *Perspectives on Terrorism*, Volume 6 Number 1, March 2012 [With Jytte Klausen, Eliane Barbieri, and Aaron Reichlin-Melnick]. |
| 2011 | "Jihadis and the Use of the Terms Terror, Terrorist, and Terrorism: A Contextual and Semantic Understanding from Islamic Tradition," *Purdue University Library E-Publications*, September 2011. |
| 2010 | "The Intellectual Origins of al-Qaʻida's Ideology: The Abolishment of the Caliphate through the Afghan *Jihād*, 1924-1989," M.A. Thesis, Brandeis University, May 24, 2010. |

**Monographs and Reports**

| | |
|---|---|
| Forthcoming | "The Others: Foreign Fighters That Went to Libya," *Washington Institute for Near East Policy*. |
| 2017 | "Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland," Report of a Bipartisan Study Group, Transition 2017: Policy Notes for the Trump Administration, *Washington Institute for Near East Policy*, March 2017. [With Seven Other Study Group Members] |
| 2016 | "The Jihadi Threat: ISIS, Al Qaeda, and Beyond," *United Institute of Peace*, December 2016. [With Nineteen Other Specialists in the Field] |
| 2016 | "The Islamic State's Territorial Methodology," *Washington Institute for Near East Policy*, Research Notes Number 29, January 2016. |
| 2014 | "The War Between ISIS and al-Qaeda for Supremacy of the Global Jihadist Movement," *Washington Institute for Near East Policy*, Research Notes Number 20, June 2014. |
| 2013 | "Syria's Military Opposition: How Effective, United, or Extremist?," *Washington Institute for Near East Policy*, September 2013. [With Andrew Tabler and Jeff White] |
| 2013 | "Socio-political Background and Intellectual Undergirding of the Ikhwani Breakaway Factions: 1954-1981," *Jihadology.net*, August 19, 2013. |
| 2013 | "Convoy of Martyrs in the Levant: A Joint Study Charting the Evolving Role of Sunni Foreign Fighters in the Armed Uprising Against the Assad Regime in Syria," *Flashpoint Partners and Jihadology.net*, June 2013. [With Evan F. Kohlmann, and Laith al-Khouri] |
| 2013 | "The State of the Global Jihad Online: A Qualitative, Quantitative, and Cross-Lingual Analysis," *New America Foundation*, National Security Studies Program Policy Paper, January 2013. |

**Book Reviews**

| | |
|---|---|
| Forthcoming | Gilles Kepel's "Terror in France: The Rise of Jihad in the West," *International Journal of Middle East Studies*. |
| 2011 | Nelly Lahoud's "The Jihadis' Path to Self-Destruction," *Terrorism and Political Violence*, Volume 23 Issue 4 September 2011. |
| 2011 | Yahya Michot's "Muslims under non-Muslim Rule: Ibn Taymiyya", *Terrorism and Political Violence*, Volume 23 Issue 3 July 2011. |

**Other Publications**

| | |
|---|---|
| 2017 | "Revisiting the Islamic State's 2011-2014 Reemergence: Lessons for the Future," Policy Watch 2903, *Washington Institute for Near East Policy*, December 18, 2017. |
| 2017 | "Interpreting the Fall of Islamic State Governance," Policy Watch 2871, *Washington Institute for Near East Policy*, October 16, 2017. |
| 2017 | "What to Expect From the State Department's Annual Counterterrorism Report," Policy Watch 2834, *Washington Institute for Near East Policy*, July 18, 2017 [with Matthew Levitt and Katherine Bauer]. |
| 2017 | "The Caliphate Project in Iraq Post-Mosul," Policy Watch 2831, *Washington Institute for Near East Policy*, July 13, 2017. |
| 2017 | "Manchester Attack Highlights Foreign Fighters in Libya," Policy Watch 2810, *Washington Institute for Near East Policy*, May 24, 2017. |
| 2017 | "The Importance of CVE in Light of the Changing Nature of the Threat," *Lawfare*, April 27, 2017. |
| 2017 | "Fifteen Years Since the Djerba Synagogue Bombing," *CTC Sentinel*, Volume 10, Issue 4, April 2017. |
| 2016 | "The Islamic State's Views on Homosexuality," *Washington Institute for Near East Policy*, Policy Watch 2630, June 14, 2016 [With Jacob Olidort]. |
| 2016 | "Is ISIS Good at Governing?," *Brookings Institution Markaz Blog*, February 9, 2016. |
| 2015 | "The Islamic State in Southern Syria," *CTC Sentinel*, Volume 8, Issue 11, November/December 2015 [With Oula Alrifai]. |
| 2015 | "The Decline in Islamic State Media Output," *ICSR Insight*, December 4, 2015. |
| 2015 | "Targeting Europe's Refugees Is Not the Answer," *Washington Institute for Near East Policy*, Policy Watch 2524, November 16, 2015. |
| 2015 | "The Islamic State's Burgeoning Capital in Sirte, Libya," *Washington Institute for Near East Policy*, Policy Watch 2462, August 6, 2015. |
| 2015 | "The Tunisian-Libyan Jihadi Connection," *ICSR Insight*, July 6, 2015. |
| 2015 | "The Islamic State's Saudi Chess Match," *Washington Institute for Near East Policy*, Policy Watch 2432, June 2, 2015. |
| 2015 | "Between the Islamic State and al-Qaeda in Tunisia," *ICSR Insight*, May 11, 2015. |
| 2015 | "What AQAP's Operations Reveal About Its Strategy in Yemen," *War on the Rocks*, April 23, 2015 [With Patrick Hoover]. |
| 2015 | "The State of al-Qaeda," *ICSR Insight*, April 13, 2015. |
| 2015 | "Assad Plays America the Fool…Again," *The National Interest*, March 21, 2015 [With Oula Alrifai]. |
| 2015 | "New Zealand's Jihadis," New Zealand International Review, Volume 40, Issue 2, March/April 2015. |
| 2015 | "The Islamic State's Model," *The Washington Post's Monkey Cage Academic Blog*, January 28, 2015. |
| 2014 | "What Do Asian-Oceanic Nations Think About ISIS?," *The National Interest*, December 1, 2014. |
| 2014 | "The Islamic State's Archipelago of Provinces," *Washington Institute for Near East* |

| | |
|---|---|
| | *Policy*, Policy Alert, November 14, 2014. |
| 2014 | "The Islamic State's First Colony in Libya," *Washington Institute for Near East Policy*, Policy Watch 2325, October 10, 2014. |
| 2014 | "Will Gaza Be the Global Jihadists' Next Ground Zero?," *Ha'aretz*, September 29, 2014. |
| 2014 | "The Radicalization of Syria: Jihadist rivalries in the Levant could threaten Europe," *Per Concordiam*, Fall 2014. |
| 2014 | "Abu Bakr al-Baghdadi: Islamic State's Driving Force," *BBC News*, July 30, 2014. |
| 2014 | "Colonial Caliphate: The Ambitions of the 'Islamic State'," *Jihadology*, July 8, 2014. |
| 2014 | "ISIS Is Dead, Long Live the Islamic State,"*Foreign Policy*, June 30, 2014. |
| 2014 | "Syria: The Epicenter of Future Jihad," *Washington Institute for Near East Policy*, Policy Watch 2278, June 30, 2014 |
| 2014 | "Syria, much more than a Civil War: Al Qaida," *Vanguardia Dossier*, July/September 2014. |
| 2014 | "The Massacre Strategy," *Politico Magazine*, June 17, 2014. |
| 2014 | "The ISIS Guide to Building an Islamic State," *The Atlantic*, June 13, 2014. |
| 2014 | "The Return of Sunni Foreign Fighters in Iraq," *Washington Institute for Near East Policy*, Policy Watch 2267, June 12, 2014. |
| 2014 | "Sunni Foreign Fighters in Syria: Background, Facilitating Factors, and Select Responses," PfPC Background Paper Number 1, *George Marshall Center*, May 19, 2014. |
| 2014 | "Proactive Measures: Countering the Returnee Threat," *Lawfare*, May 18, 2014 [With Jonathan Prohov]. |
| 2014 | "Shabab al-Tawhid: The Rebranding of Ansar al-Sharia in Tunisia?," *Washington Institute for Near East Policy*, Policy Watch 2250, May 9, 2014. |
| 2014 | "When Jihadists Learn How to Help," *The Washington Post's Monkey Cage Academic Blog*, May 7, 2014. |
| 2014 | "The Saudi Foreign Fighter Presence in Syria," *CTC Sentinel*, Volume 7 Issue 4, April 2014. |
| 2014 | "Inside Baseball on Syrian Rebel Infighting," *War on the Rocks*, February 7, 2014. |
| 2014 | "Al-Qaeda Disaffiliates with the Islamic State of Iraq and al-Sham," *Washington Institute for Near East Policy*, Policy Alert, February 4, 2014. |
| 2014 | "The Vocabulary of Sectarianism," *Foreign Policy's Middle East Channel*, January 29, 2014 [With Phillip Smyth]. |
| 2013 | "Foreign Jihadists in Syria: Tracking Recruitment Networks," *Washington Institute for Near East Policy*, Policy Watch 2183, December 19, 2013. |
| 2013 | "Up to 11,000 Foreign Fighters in Syria; Steep Rise Among Western Europeans," *ICSR Insight*, December 17, 2013. |
| 2013 | "Rebels Consolidating Strength in Syria: The Islamic Front," *Washington Institute for Near East Policy*, Policy Watch 2177, December 3, 2013. |
| 2013 | "Meeting a Returned Tunisian Foreign Fighter from the Syrian Front," Syria Deeply, November 8, 2013. |
| 2013 | "Tunisia: Uncovering Ansar al-Sharia," *Think Africa Press*, October 25, 2013. |

2013    "Tunisia Arrests Leading Salafi Cleric," *Washington Institute for Near East Policy*, Policy Alert, October 25, 2013.

2013    "Tunisia's Fragile Transition," *The National Interest*, October 17, 2013.

2013    "al-Qaeda's Syrian Strategy," *Foreign Policy*, October 10 2013 [With Barak Barfi].

2013    "Al-Qaeda in Syria: A Closer Look at ISIS (Part II)," *Washington Institute for Near East Policy*, Policy Watch 2138, September 11, 2013.

2013    "Jihad 2020: Assessing Al-Qaida's 20-Year Plan," *World Politics Review*, September 11, 2013.

2013    "Al-Qaeda in Syria: A Closer Look at ISIS (Part I)," *Washington Institute for Near East Policy*, Policy Watch 2137, September 10, 2013.

2013    "Tunisia Designates Ansar al-Sharia," *Washington Institute for Near East Policy*, Policy Watch 2125, August 28, 2013.

2013    "Hizb Allah's Gambit in Syria," *CTC Sentinel*, Special Syria Issue, Volume 6 Issue 8 [With Matthew Levitt].

2013    "Libya's jihadists beyond Benghazi," *Foreign Policy's Middle East Channel*, August 12, 2013.

2013    "Turkey's Jihadi Dilemma," *CNN's Global Public Square*, August 5, 2013 [With Soner Cagaptay].

2013    "al-Qaida in the Islamic Maghreb's Tunisia Strategy," *CTC Sentinel*, Volume 6 Issue 7 [With Daveed Gartenstein-Ross and Andrew Lebovich].

2013    "Alleged Brahmi Killer: Tracing Ties Between Aboubaker el-Hakim, Ansar al-Sharia, and Al-Qaeda," *Tunisia Live*, July 26, 2013 [With Andrew Lebovich].

2013    "How Syria's Civil War Became a Holy Crusade," *Foreign Affairs*, July 7, 2013 [With Thomas Hegghammer].

2013    "The Crowning of the Syrian Islamic Front," *Foreign Policy's Middle East Channel*, June 24, 2013 [With Charles Lister].

2013    "Standoff Between the Tunisian Government and Ansar al-Sharia," *The Washington Institute for Near East Policy*, Policy Watch 2077, May 14, 2013.

2013    "Al-Qaeda Announces an Islamic State in Syria," *The Washington Institute for Near East Policy*, Policy Alert, April 9, 2013.

2013    "European Foreign Fighters in Syria," *International Centre for the Study of Radicalisation and Political Violence*, ICSR Insight, April 2, 2013.

2013    "Meeting Tunisia's Ansar al-Sharia," *Foreign Policy's Middle East Channel*, March 8, 2013.

2013    "Tunisia's Post-Revolution Blues," *Foreign Affairs*, March 6, 2013.

2013    "Muhammad al-Zawahiri: Leader of the Salafi-Jihadi Revival in Post-Mubarak Egypt," *Jamestown Foundation's Militant Leadership Monitor*, Volume 4 Issue 2, February 2013.

2013    "Uncharitable Organizations," *Foreign Policy*, February 26, 2013 [With Daveed Gartenstein-Ross].

2013    "Deciphering the Jihadist Presence in Syria: An Analysis of Martyrdom Notices," *CTC Sentinel*, Volume 6 Issue 2, February 2013.

2013    "Tunisian Islamists Mobilize 'Neighborhood Committees'," *The Washington*

|      |      |
|------|------|
|      | *Institute for Near East Policy*, Policy Alert, February 11, 2013. |
| 2013 | "#Jihad's Social Media Trend," *The AfPak Channel*, February 5, 2013. |
| 2013 | "The Syrian Islamic Front: A New Extremist Force," *The Washington Institute for Near East Policy*, Policy Watch #2031, February 4, 2013. |
| 2013 | "Jihadists on the Nile: The Return of Old Players," *The Washington Institute for Near East Policy*, Policy Watch #2016, January 17, 2013. |
| 2013 | "Fallout from the Fall of Taftanaz," *The Washington Institute for Near East Policy*, Policy Watch #2015, January 14, 2013 [With Andrew J. Tabler and Jeff White]. |
| 2012 | "Rally 'Round the Jihadist," *Foreign Policy*, December 11, 2012. |
| 2012 | "The Rise of al-Qaeda in Syria," *Foreign Policy*, December 6, 2012. |
| 2012 | "Spoiling the Gaza Ceasefire," *The Atlantic*, November 24, 2012. |
| 2012 | "Maqdisi's disciples in Libya and Tunisia," *Foreign Policy's Middle East Channel*, November 14, 2012. |
| 2012 | "The Evolution of the Jihadi Role in the Syrian Rebellion," *al-Monitor*, October 18, 2012. |
| 2012 | "How the Arab Spring's Prisoner Releases Have Helped the Jihadi Cause," *The Atlantic*, October 11, 2012 [With Daveed Gartenstein-Ross]. |
| 2012 | "Know Your Ansar al-Sharia," *Foreign Policy*, September 21, 2012. |
| 2012 | "For Each Nation, a Different Approach," *New York Times' Room For Debate*, September 13, 2012. |
| 2012 | "Jihadism's Foothold in Libya," *The Washington Institute for Near East Policy*, Policy Watch #1980, September 12, 2012. |
| 2012 | "Dodging the drones: How militants have responded to the covert US campaign," *Foreign Policy's AfPak Channel*, August 31, 2012. |
| 2012 | "Assad's Self-Fulfilling Prophecy," Pravda Slovakia, August 14, 2012. |
| 2012 | "Democracy, Salafi Style," *Foreign Policy*, July 20, 2012. |
| 2012 | "Who is Jabhat al-Islah?," *Sada Journal*, July 18, 2012. |
| 2012 | "Purifying Islam and Combating the West: Post Mortem Analysis of the Indelible Impact of al-Qaeda's Abu Yahya al-Libi," *Jamestown Foundation's Militant Leadership Monitor*, Volume 3 Issue 6, June 2012. |
| 2012 | "Terror from Sinai: Global Jihadist Groups on Israel's Doorstep," *The Washington Institute for Near East Policy*, Policy Alert, June 20, 2012. |
| 2012 | "Foreign Fighters Trickle into the Syrian Rebellion," *The Washington Institute for Near East Policy*, Policy Watch #1950, June 11, 2012. |
| 2012 | "Syria's New Jihadis," *Foreign Policy*, May 22, 2012. |
| 2012 | "Syrian Jihadis: Real and Exaggerated," *The Washington Institute for Near East Policy*, Policy Watch #1937, May 17, 2012 [With Andrew Tabler]. |
| 2012 | "Bin Laden's Online Legacy," *The Conversation.edu*, May 4, 2012. |
| 2012 | "Missionary at Home, Jihadist Abroad: A Profile of Tunisia's Abu Ayyad the Amir of Ansar al-Shari'ah," *Jamestown Foundation's Militant Leadership Monitor*, Volume 3 Issue 4, April 2012. |
| 2012 | "Tarek Maaroufi: Tunisia's Most Notorious Jihadist, Returns Home," *Tunisia Live*, April 1, 2012. |

| | |
|---|---|
| 2012 | "A Balancing Act: Ennahda's Struggle with Salafis," *Sada Journal*, April 19, 2012. [With Erik Churchill]. |
| 2012 | "AQIM's Strategy in Libya," *The CTC Sentinel*, Volume 6 Issue 3, March 2012 [With Andrew Lebovich]. |
| 2012 | "Free Radical," *Foreign Policy*, February 3, 2012. |
| 2011 | "The Salafi Challenge to Tunisia's Nascent Democracy," *The Washington Institute for Near East Policy*, Policy Watch #1879, December 8, 2011. |
| 2011 | "Ennahda's Tight Rope Act On Religion," *Foreign Policy's Middle East Channel*, November 18, 2011. |
| 2011 | "The Arab Spring's First Real Test of Democracy Arrives in Tunisia," *Foreign Affairs*, October 21, 2011. |
| 2011 | "Samir Khan, American Jihadi," *Foreign Policy*, September 30, 2011. |
| 2011 | "Debates by Online Jihadis Since 9/11," *Internationale Politik*, September/October 2011. |
| 2011 | "The Reunification of the Caucasus Emirate," *Central Asia Caucasus Institute Analyst*, Volume 14 Issue 16, August 31, 2011. |
| 2011 | "The Rise of Salafists in Tunisia After Ben Ali," *CTC Sentinel*, Volume 5 Issue 8, August 2011. |
| 2011 | "Glückwunsch, Usama, wehe Obama!," *Frankfurter Allgemeine Zeitung*, May 5, 2011. |
| 2011 | "The bin Laden aftermath: The Internet jihadis react," *Foreign Policy's AfPak Channel*, May 2, 2011. |
| 2011 | "Jihadists: The Wallflowers of the Tunisian Uprising," *The Atlantic*, January 20, 2011. |
| 2010 | "Revolution Muslim: Downfall or Reprieve?," *CTC Sentinel*, Volume 4 Issue 11, November 2010. |
| 2010 | "Jihadists in Crisis," *The Atlantic*, November 24, 2010. |
| 2010 | "How We've Changed al-Qaeda," *The Atlantic*, October 7, 2010. |
| 2010 | "What if Obama's Yemen policy works?," *Foreign Policy's Middle East Channel*, September 22, 2010. |
| 2010 | "Round Seven in Northern Yemen?," *Foreign Policy's Middle East Channel*, April 20, 2010. |
| 2010 | "The Commentators March to War," *Foreign Policy's Middle East Channel,* March 15, 2010. |

**CONFERENCE PAPERS AND INVITED LECTURES**

**Academic**

| | |
|---|---|
| Forthcoming | "ISIS 2.0 What Happens Next? Implications for Policy and Social Science Research," American Political Science Association, Boston, Massachusetts, August 30-September 2, 2018. |
| Forthcoming | "Addicted to the Net: Power of Social Media and Terrorism," International Studies Association, San Francisco, California, April 5, 2018. |

| | |
|---|---|
| Forthcoming | "Learning Tunisian Jihadi History Through Mixed Methods," Guest Lecture for SOC-490-A Current Issues: Terrorism, Miami (Ohio), Oxford, Ohio, February 21, 2018. |
| 2017 | "Differences Between al-Qaeda and the Islamic State," Guest Lecture for POL 160a The War on Global Terrorism, Brandeis University, Waltham, Massachusetts, November 6, 2017. |
| 2017 | "The Ideology and Theology of al-Qaeda and the Islamic State," École internationale d'été sur les TERRORISMES - 2017, Centre sur la sécurité internationale, Université Laval, Quebec City, Canada, April 30-May 6, 2017. |
| 2017 | "Inside The Islamic State," Guest Lecture for JLC-475 Terrorism and Counterterrorism, American University, Washington, DC, April 7, 2017. |
| 2017 | "Learning Tunisian Jihadi History Through Mixed Methods," Guest Lecture for SOC-490-A Current Issues: Terrorism, Miami (Ohio), Oxford, Ohio, February 24, 2017. |
| 2017 | "Terrorist Consolidation in Algeria and Tunisia," Guest Lecture for EQB-209 Intelligence Analysis, American University, Washington, DC, February 20, 2017. |
| 2016 | "The Lure of Jihad: Propaganda and the Construction of Jihadist Identities," Pembroke College, Oxford University, Oxford, United Kingdom, June 28, 2016. |
| 2016 | "The State of The Islamic State and al-Qaeda," Guest Lecture for JLC-475 Terrorism and Counterterrorism, American University, Washington, DC, March 23, 2016. |
| 2015 | "Global Jihadist Mobilization and Foreign Fighters Threat," School of Public Affairs, American University, Washington, DC, December 3, 2015. |
| 2015 | "Jihad and Territory," Center for International Studies, Sciences Po, Paris, France, October 12-13, 2015. |
| 2015 | "ISIS in the Digital Space," Toronto University, Toronto, Canada, June 22, 2015. |
| 2015 | "Your Sons Are At Your Service: Tunisia's Missionaries of Jihad," Center for the Study of World Religions, Harvard University, Cambridge, MA, April 27, 2015. |
| 2015 | "The State of Global Jihadism," Guest Lecture for the Western Jihadism Project, Department of Political Science, Brandeis University, Boston, MA, April 27, 2015. |
| 2015 | "The Rise of The Islamic State," Guest Lecture for JLC-475 Terrorism and Counterterrorism, American University, Washington, DC, April 1, 2015. |
| 2015 | "The Online Sunni Jihadi Environment," National Defense University, Washington, DC, March 17, 2015. |
| 2015 | "Question and Answer on Global Jihadism," Guest Lecture for Political Science 498d Comparative Study of Terrorism in Context, Wilfrid Laurier University, Waterloo, Canada, March 5, 2015. |
| 2015 | "Foreign Fighters: A Decade Of Scholarship," International Studies Association, New Orleans, LA, February 18, 2015. |
| 2014 | "From the Archduke to the Caliph: The Islamist Evolution that Led to the 'Islamic State'," Gingko Library Conference, The First World War and its Aftermath: The Shaping of the Middle East, London, UK, December 6-7, 2014. |
| 2014 | "Foreign Fighters in Iraq and Syria," Melbourne University, Melbourne, Australia, November 20, 2014. |

| | |
|---|---|
| 2014 | "The State of the Jihadi Movement in the Middle East and North Africa," Peking University, Beijing, China, October 29, 2014. |
| 2014 | "Radical Jihadism in the Middle East and Current Issues in Iraq and Syria," Seminar on Global Radical Jihadism, Shanghai Center for International Studies, Shanghai, China, October 23, 2014. |
| 2014 | "The Use of Social Media in Social Sciences: Ethical and Methodological Considerations," Extremism and Terrorism Online: A Multidisciplinary Examination of Current Trends and Challenges Center for Excellence for National Security, S. Rajaratnam School of International Studies, Nanyang Technological University, Singapore, October 13-14, 2014. |
| 2014 | "ISIS and al-Qaeda," Islamic State: Tactics, Narrative, Ethnic Conflict, Changing Character of War Programme, Oxford University, Oxford, UK, October 8, 2014 |
| 2014 | "The Use of Social Media in Social Sciences: Ethical and Methodological Considerations," VOX-Pol Conference: Violent Online Political Extremism: Setting A Research Agenda, King's College London, August 28-29, 2014. |
| 2014 | "Global Jihadists In the Levant," George Mason University, Arlington, VA, July 14, 2014. |
| 2014 | "The Unraveling of Syria," The 29th Annual Norris and Margery Bendetson EPIIC International Symposium, Institute for Global Leadership, Tufts University, Medford, Massachusetts, March 1, 2014. |
| 2013 | "Rebel Forces in Syria: The Role of Listed Groups," Senior Law & Policy Workshop on Counterterrorism and Humanitarian Engagement, Harvard Law School, Cambridge, Massachusetts, November 18, 2013. |
| 2013 | "Syria's Foreign Fighters," International Centre for the Study of Radicalisation and Political Violence, King's College of London, London, England, September 26, 2013. |
| 2013 | "Dark Horse Threats to Egyptian Security," Near East South Asia Center for Strategic Studies, National Defense University, Washington, DC, August 7, 2013. |
| 2013 | "Ansar al-Sharia in Libya and Tunisia," Africa Workshop: Illicit Networks, Virginia Tech Applied Research Corporation, Arlington, Virginia, July 30, 2013. |
| 2013 | "Online Jihad and Radicalization in the West," Guest Lecture for POL 160a The War on Global Terrorism, Brandeis University, Waltham, Massachusetts, April 25, 2013. |
| 2012 | "The Intellectual History of Jihadi Ideology: 1924-Present," Guest Lecture for REL-305 Islamic Religious Traditions, James Madison University, Harrisonburg, Virginia, November 15, 2012. |
| 2012 | "Hizb ut-Tahrir and Ansar al-Shari'ah: New Forms of Islamist Activism in Tunisia," Middle East History and Theory (MEHAT) Conference, University of Chicago, Chicago, Illinois, May 4-5, 2012. |
| 2011 | "The Neglected Duty and Sadat's Assassination, A 30 Year Retrospective," Middle East Studies Association Annual Conference, Washington, DC, December 1-4, 2011. |
| 2011 | "Jihadis and the Use of the Terms Terror, Terrorism, and Terrorist," Re-visioning |

| | |
|---|---|
| | Terrorism Conference, Purdue University, South Bend, Indiana, September 8-10, 2011. |
| 2011 | "Global Jihadism and Globalization," Guest Lecture for Pol-252 Globalization, Wake Forest University, Fes, Morocco, July 7, 2010. |
| 2010 | "The Intellectual Origins of al-Qaʻida's Ideology: The Abolishment of the Caliphate through the Afghan Jihād, 1924-1989," Graduate Seminar, Department of Islamic and Middle Eastern Studies , Brandeis University, Waltham, Massachusetts, April 7, 2010. |

**Think Tank**

| | |
|---|---|
| 2017 | "Options for Cooperative Security Solutions in North Africa," Konrad-Adenauer-Stiftung, Cadenabbia, Italy, October 13-14, 2017. |
| 2017 | "The Evolution of al-Qaeda's Strategy," Building An Evidence-Base For The Prevention of Radicalization and Violent Extremism, Nationales Zentrum Kriminalprävention and Institut für angewandte Präventionsforschung, Hanover, Germany, June 16-18, 2017. |
| 2017 | "The Foreign Fighter Flows - Inside Out and Outside In," New Terrorism Threats and Counterterrorism Strategies, Center on Law and Security and Center for a New American Security, Washington, DC, May 3, 2017. |
| 2017 | "Foreign Fighter Fallout," *Center for Strategic & International Studies*, Washington, DC, April 5, 2017. |
| 2016 | "2017 Trend Lines in Militant Movements," Tenth Annual Terrorism Conference: New Administration, New Challenges, New Threats, Jamestown Foundation, Washington, DC, December 14, 2016. |
| 2016 | "Where Do They Come From? Roots, Origins and Beginnings of Foreign Fighters in Syria and Ukraine," Polski Instytut Spraw Miedzynarodowych, Chisinau, Moldova, May 18-20, 2016. |
| 2016 | "Daesh Virtual Propaganda: From Local to Global," The Carter Center, Atlanta, GA, February 22-24, 2016. |
| 2015 | "The Islamic State: New Inside Views," The Washington Institute for Near East Policy, Washington, DC, December 14, 2015. |
| 2015 | "ISIL Recruitment and Dynamics – Global Perspectives," Vivekananda International Foundation, New Delhi, India, November 17-18, 2015. |
| 2015 | "The Rise of ISIS: 'Remaining and Expanding'," The Washington Institute for Near East Policy, Washington, DC, November 4, 2015. |
| 2015 | "Challenges to the European Security: A Transatlantic Perspective," Istituto Affari Internazionali, Rome, Italy, October 26, 2015. |
| 2015 | "The Islamic State in Iraq," Center for Strategic and International Studies, Washington, DC, September 3, 2015. |
| 2015 | "Global Jihadism: A Year After the So-Called Caliphate," Finnish Institute for International Studies, Helsinki, Finland, August 18, 2015. |
| 2015 | "Examining the Crisis in Syria," New America Foundation, Washington, DC, January 15, 2015. |

| | |
|---|---|
| 2014 | "The Rise of The Islamic State," The Sydney Institute, Sydney, Australia, November 17, 2014. |
| 2014 | "New Zealand's Jihadis," New Zealand Institute for International Affairs, Auckland, New Zealand, November 10, 2014. |
| 2014 | "The Syrian Conflict's Foreign Fighters," Center for Strategic and International Studies, Washington, DC, May 30, 2014. |
| 2014 | "Conflict in Syria: Geneva II and the Road Ahead," Washington Institute for Near East Policy, Washington, DC, January 29, 2014. |
| 2013 | "Ansar al-Sharia: How Global Jihad Took Advantage of the Arab Uprisings in Libya and Tunisia," European Institute of the Mediterranean, Barcelona, Spain, November 20, 2013. |
| 2013 | "The Rise of the Ansar al-Sharia Movement in Libya and Tunisia," Forum on Global Terrorism, Real Instituto Elcano, Madrid, Spain, November 18, 2013. |
| 2013 | "Dateline Egypt and North Africa: Updates from the Field," The Washington Institute for Near East Policy, Washington, DC, March 5, 2013. |
| 2012 | "Groundtruth: New Media, Technology and the Syria Crisis," United States Institute of Peace, Washington, DC, October 2, 2012. |
| 2012 | "Is al-Qaeda Central Still Relevant?," The Washington Institute for Near East Policy, Washington, DC, September 4, 2012. |

**Other**

| | |
|---|---|
| 2017 | "Terror Feeds: Inside the Fear Machine," Outer Spaces Conference Series 2017, Disruption Network Lab, Berlin, Germany, November 24-25, 2017. |
| 2017 | "ISIS After its Demise in Iraq and Syria," World Summit on Counterterrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism, Interdisciplinary Center Herzliya, Herzliya, Israel, September 11-14, 2017. |
| 2017 | "The Islamic State After the Fall of Mosul," Embassy of Poland, Washington, DC, July 11, 2017. |
| 2016 | "Islamic State: Destruction of the Living and the Dead," Embassy of the Czech Republic, Washington, DC, November 14, 2016. |
| 2016 | "Global Jihad Divided: Al-Qaeda vs. 'The Islamic State'" and "Africa: Libya, Nigeria and Kenya - The New Battlefield for Global Jihadist Organizations," World Summit on Counterterrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism, Interdisciplinary Center Herzliya, Herzliya, Israel, September 11-15, 2016. |
| 2016 | "Motivations Among Foreign Fighters and Mercenaries," Working Group on the Use of Mercenaries, United Nations, Geneva, Switzerland, April 14, 2016. |
| 2015 | "The Spill-Over: The Sunni Jihadis of Syria/Iraq and their Impact on the Middle East Region," Association for the Study of the Middle East and Africa, Washington, DC, October 30, 2015. |
| 2015 | "The "Islamic State": The Future of Global Jihad?" and "Lone Wolves and Loose Networks," World Summit on Counterterrorism: Terrorism's Global Impact, |

| | |
|---|---|
| | International Institute for Counter-Terrorism, Interdisciplinary Center Herzliya, Herzliya, Israel, September 7-10, 2015. |
| 2015 | "Picture Or It Didn't Happen: A Snapshot of the Islamic State's Official Media Output," Norwegian Defence Establishment, Oslo, Norway, June 11-12, 2015. |
| 2015 | "The Islamic State Status Update" and "The History of Online Jihadism," George C. Marshall Center, Garmisch-Partenkirchen, Germany, March 9-11, 2015. |
| 2015 | "The State of Jihadism in 2015," "The Islamic State," and "The History and Evolution of the Jihadi Use of the Internet," Facebook, Dublin, Ireland, February 9, 2015. |
| 2014 | "Understanding the Islamic State and the Conflict in Syria," World Affairs Council, Washington, DC, October 1, 2014. |
| 2014 | "Overview of the Conflict In Syria and Iraq, Including the Foreign Fighter Dimension," The George Marshall Center, Athens, Greece, September 23-25, 2014. |
| 2014 | "The Impact of the Syria Conflict on Global Terrorism" and "Competition vs. Cooperation in Global Jihad,"  World Summit on Counterterrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism, Interdisciplinary Center Herzliya, Herzliya, Israel, September 8-11, 2014. |
| 2014 | "Sunni Foreign Fighters in Syria," Partnership for Peace Consortium's Counterterrorism Working Group, The George Marshall Center, Brussels, Belgium, April 23-25, 2014. |
| 2013 | "Who's Who: Militant Actors in the Syrian Theater," World Summit on Counterterrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism, Interdisciplinary Center Herzliya, Herzliya, Israel, September 8-11, 2013. |

**CONGRESSIONAL EXPERT WITNESS TESTIMONY**

| | |
|---|---|
| 2015 | "Tunisia's Fragile Democratic Transition," House Committee on Foreign Affairs (Subcommittee on the Middle East and North Africa), July 14, 2015. |
| 2013 | "The Terrorist Threat in North Africa: Before and After Benghazi," House Committee on Foreign Affairs (Subcommittee on Terrorism, Nonproliferation, and Trade and Subcommittee on the Middle East and North Africa), July 10, 2013. |

**JUDICIAL EXPERT WITNESS TESTIMONY**

| | |
|---|---|
| Forthcoming | "United States of America v. Sajmir Alimehmeti," United States District Court: Southern District of New York, Manhattan, New York. |
| Forthcoming | "United States of America v. Arafat Nagi" United States District Court: Western District of New York, Buffalo, New York. |
| 2017 | "United States of America v. Mohamed Elshinawy," United States District Court: District of Maryland, Baltimore, Maryland, December 4, 2017. |
| 2017 | "United States of America v. Ahmad Abu Khatallah," United States District Court: District of Columbia, Washington, DC. [examined and prepared for trial, but prosecutors didn't end up using an expert witness on the stand] |
| 2017 | "United States of America v. Ahmad Khan Rahimi," United States District |

|      |   |
|------|---|
| | Court: Southern District of New York, Manhattan, New York, October 3, 2017. |
| 2017 | "United States of America v. David Daoud Wright," United States District Court: District of Massachusetts, Boston, Massachusetts, September 28-29, 2017. |
| 2017 | "United States of America v. Ahmed Mohammed el Gammal," United States District Court: Southern District of New York, Manhattan, New York, January 11-13, 2017. |
| 2016 | "United States of America v. Justin Nolan Sullivan," United States District Court: Western District of North Carolina, Charlotte, North Carolina [accused pleaded guilty ahead of testimony]. |
| 2016 | "United States of America v. Tairod Nathan Webster Pugh," United States District Court: Eastern District of New York, Brooklyn, New York, February 29-March 2, 2016. |