US District Court
US District Court, Western District of New York
Buffalo

United States of America
    Plaintiff,                    Case No°

V.                                Honorable Richard J. Arcara
Arafat Nagi,                      Pro Se
    Defendant

Defendant Arafat Nagi's motion/Affidavit Denial of Consent and Rejection of Judge Richard J. Arcara Denial of the Termination of Attorney Jeremy Schwartz Pursuant to Rule 1.16 of the Professional Rules of Conduct.

## Law and Argument

Now comes Arafat Nagi, the abducted, who stands unrepresented and enters this Denial of Consent and Rejection of Judge Richard J. Arcara, Denial of Termination of Attorney Jeremy Schwartz, pursuant to Rule 1.16 of the Professional Rules of Conduct.

In Furtherance the Defendant Request of this Honorable Court to appoint New Counsel for this instant matter.

## Grounds

I feel that Jeremy Schwartz is giving me inadequate legal advice which is clearly a conflict of interest.

## Certificate of Service

I certify that a true and correct copy of this said Pro Se motion/Affidavit should be copied by the Clerk of Court and given/furnish to the U.S. Attorneys office for the purpose of being filed Pro Se.

Respectfully Submitted

x _Arafat Nagi_

_[signature]_

Sworn to before me this 13th day of December, 2017

_Deborah Grainge_

Deborah Grainge, 4959059
Notary Public, State of New York
Qualified in Cattaraugus County
My Commission Expires 11/20/21

**RECEIVED**

JAN 25 2019

RICHARD J. ARCARA
US. DISTRICT JUDGE
WESTERN DISTRICT OF NEW YORK

Arafat Nagi
Catteraugus US County Jail
301 Court St.
Little Valley, NY
14755

BUFFALO NY 142
18 JAN 2018 PM 1 L
FOREVER
Barn Swallow

JAN 22 2018
BUFFALO

CATTARAUGUS
COUNTY
JAIL

Hon. Richard J. Arcara
Clerk of Court
United States Courthouse
2 Niagara Square
Buffalo, NY 14202

14202-335099