## 15-CR-148

_____

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK
_____

## UNITED STATES OF AMERICA

vs.

## ARAFAT NAGI
_____

## SENTENCING LETTERS

Dated: June 8, 2016

Submitted by:

JEREMY D. SCHWARTZ, ESQ.

300 MAIN STREET
Buffalo, New York 14202
(716)854-1300 (T)
(716)842-6354 (F)

TO:   TIMOTHY LYNCH
      ASSISTANT UNITED STATES ATTORNEY

Arafat M. Nagi
15-CR-148-A

February 18, 2018

Honorable Judge Arcara
68 Court St
Buffalo, NY 14202

Dear Honorable Judge Arcara

I am writing to you, Your Honor to ask for leniency and wanted to explain my side of my actions to what lead to current situation. Off the record I have been sitting in a county jail for more than 30 months thinking of what I did that got my freedom taken away from me. My life changed since my arrest on July 28th, 2015 at 6:18am. A date and time I will never forget. My own actions and behavior on social media, expressing my feelings and political, religious beliefs which was taken out of context. I thought I was practicing my first amendment rights, not realizing how sensitive the subject really was. Especially in the world we live in today with all the chaos that is going on in the middle east and around the world. Sir, since the Syrian conflict erupted in 2011 when the government troops and militia from the region backed by Iran went to Syria to stomp down on the peaceful protests that ended up in bloodshed. Watching the atrocities and massacres that was aired on the middle eastern main stream media new against the innocent people of Syria and video uploads by the Syrians pleading for help from the world. I have to admit Your Honor, it hit home to the arab american community and me being a first generation arab american it affected my emotions. Sir I am not using the media as an excuse for I've almost done. I let my emotions take over without thinking. I wanted to help the people of Syria in any way I could. The most well organized group in Syria was the islamic state. I wanted to help not as a fighter as some suggested, but to help in a way that I wont get involved in the fighting but to volunteer in humanitarian aid. To help distribute food, water, clothing, etc..for a short while. I started thinking about it mid flight on my way to Turkey, on what I was about to get into. I thought about my aging mother that relies on me as her oldest from her kids to be there for her since my father passed away. I realized I could get abducted by bandits over there for ransom for being an arab american living in America and putting that heavy burden on my entire family or even worse, getting killed. Your Honor, I ended up changing my mind and stayed in Turkey for 10 days and flew out to Yemen to visit family and check on a home that I am building on property that I bought in that country. As the situation in Yemen was getting really bad my one month stay had to get cut short because a civil war was imminent. I booked a flight out of Yemen back to the United States. When I arrived at the airport in San'na the capitol of Yemen to depart from the country, I was denied all flights heading to the U.S. I learned from airport security that I was placed on the no fly list "blacklisted" by the U.S government. I will not

get into details on how I managed to leave that country. I risked my life to get back home to the United States so I don't get caught in conflict. The point being said Your Honor, I am not a fighter or I could've stayed in Yemen and joined the fighting. I can not express how much regret and remorse for what I've done to myself and my family. It is enough that my mother has a burden on her with my disabled younger brother since birth with cerebral palsy paralysis and my sister just diagnosed with multiple scoliosis. It is why i chose not to go through the stress of trial and putting more heartache on my family. Your Honor, I don't want to take anymore of your time, you asked me "why I did what I did". I wanted to help the Syrian people suffering from that war because all they wanted was freedom, not to get involved in a war by picking up weapons. This letter to you is from the heart, the truth, not a fabricated story to just earn your sympathy. Thank you for taking the time to read my letter and I apologize for all the inconvenience I have caused to you and your respectable court.

Respectfully submitted,


Arafat M. Nagi

*Mrs. Nak'd Nagi*

151 Olcott Street

Lackawanna, NY  14218

(716) 822-2959

Honorable Richard J. Arcara

United States District Court for the Western District of New York

2 Niagara Square

Buffalo,  New York 14202

Dear Judge Arcara;

I am writing to you regarding my son, Arafat Nagi.  Arafat has always been a very good son to me, and a good brother to his family.  As the eldest son, he moved back in with me in 2003 after his father died, and always helps me around the house, fixing things, helping with bills, looking out for his family, and helping me care for his disabled brother, Hamzah.

Arafat was born in the United States, and is proud to be an Arab-American.  When he went to Yemen in 2014, he was so happy to come home to America, he kissed the ground in the airport when he landed in Michigan.

Arafat has never been in trouble before.  He just likes to speak his mind, as he feels very passionately about injustices to women and children in this country, as well as in foreign countries.

I ask for leniency at his sentencing, as I need him to come home and continue to help me.  I miss my son.

Respectfully,

Nak'd Nagi