UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

vs.

ARAFAT NAGI,

              Defendant.
_____

15-CR-148

**STATEMENT WITH RESPECT TO SENTENCING FACTORS**

     **JEREMY D. SCHWARTZ**, attorney for defendant, ARAFAT NAGI, having reviewed the presentence investigation report (PSR) submitted by the United States Probation Department states that the defendant has no objection to the facts or legal conclusions in the aforementioned report.

     **DATED:**   Buffalo, New York, June 10, 2018

                            Respectfully Submitted,

                            /s/ Jeremy D. Schwartz

                            JEREMY D. SCHWARTZ, ESQ.
                            300 Main Street
                            Buffalo, New York 14202
                            (716)854-1300 (T)
                            (716)883-2163 (F)
                            jschwartz@buffalodefenselaw.com

TO:   TIMOTHY LYNCH
        ASSISTANT UNITED STATES ATTORNEY

        UNITED STATES PROBATION